# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROMERO,<br><br>                                            Petitioner,<br>  vs.<br><br>STUART J. RYAN, Warden,<br><br>                                            Respondent. | CASE NO. 05cv1738 JM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner objects to Magistrate Judge Battaglia's Report and Recommendation re: Denying Petition for Writ of Habeas Corpus ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended the denial of the petition for writ of habeas corpus. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections.

In his Objections, Petitioner raises no new arguments. Petitioner does not seek to distinguish the authorities cited in the R & R or otherwise inform the court of a reasoned basis to decline to adopt the R & R. Instead of responding to Petitioner's arguments a second time, the court adopts the R & R in its entirety. Finally, the court notes that the purported instructional errors cited by Petitioner are frequently referred to in the moving and opposing papers and the R & R as "failure to instruct" claims. Although characterized as failure to instruct claims, the court notes that the threshold determination for each of these claims is whether Petitioner had submitted sufficient evidence to support his theory of defense. In the absence of sufficient supporting evidence, as identified in the R & R, the court

1  adopts the R & R in its entirety.  The petition for writ of habeas corpus is denied with prejudice.

2  **IT IS SO ORDERED.**

3  DATED: January 5, 2009

4  _____
   Hon. Jeffrey T. Miller
5  United States District Judge

   cc:         All parties