# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Richard Romero

V.

Stuart J. Ryan, Warden

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv1738-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In the absence of sufficient supporting evidence, as identified in the Report and Recommendation, Court adopts the Report and Recommendation in its entirety. The Petition for Writ of Habeas Corpus is denied with prejudice. Case is closed..................................................................................................................

| January 5, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam (signature) |
| | (By) Deputy Clerk |

ENTERED ON January 5, 2009

05cv1738-JM(AJB)